IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

FILED

2003 NOV 24 P 3: 10

| | |
|---|---|
| **HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**CONTINENTAL CASUALTY COMPANY,**<br><br>Defendant. | ) Civil Action No. 3:03 CV 0356 (JBA)<br>)    US DISTRICT COURT<br>)    HARTFORD CT<br>) Honorable Janet Bond Arterton<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Hartford Steam Boiler Inspection and Insurance Company and Defendant Continental Casualty Company, that all claims in this action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

By: _____
David Reif, Esquire
CT 00244
Moy N. Ogilvie, Esquire
CT 16508
Cummings & Lockwood
City Place I, 36th Floor
185 Asylum Street
Hartford, Connecticut 06611
(203) 782-3000

By: _____
Maurice T. FitzMaurice, Esquire
Fed. Ct. No. ct04302
Reid & Riege, P.C.
One State Street
Hartford, Connecticut 06103
tel: (860) 278-1150
fax: (860) 240-1002

H. Wesley Sunu, Esquire
Kevin A. Titus, Esquire
Jennifer H. Kay, Esquire
Tribler Orpett & Meyer, P.C.
30 North LaSalle Street, Suite 2200
Chicago, Illinois 60602

Counsel for Plaintiff,
Continental Casualty Company

Thomas E. Birsic, Esquire
Fed. Ct. No. ct24801
Sunshine R. Fellows, Esquire
Fed. Ct. No. ct24802
Kirkpatrick & Lockhart LLP
535 Smithfield Street
Henry W. Oliver Building
Pittsburgh, PA 15222
tel: (412) 355-6500
fax: (412) 355-6501

Counsel for Defendant,
Hartford Steam Boiler
Inspection and Insurance Company

Dated: November 21, 2003