IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

FILED

2003 NOV 24  P 3: 10

| | |
|---|---|
| **HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**CONTINENTAL CASUALTY COMPANY,**<br><br>Defendant. | ) Civil Action No. 3:03 CV 0356 (JBA)<br>)<br>) Honorable Janet Bond Arterton<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Hartford Steam Boiler Inspection and Insurance Company and Defendant Continental Casualty Company, that all claims in this action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted.

By: _____
David Reif, Esquire
CT 00244
Moy N. Ogilvie, Esquire
CT 16508
Cummings & Lockwood
City Place I, 36th Floor
185 Asylum Street
Hartford, Connecticut 06611
(203) 782-3000

By: _____
Maurice T. FitzMaurice, Esquire
Fed. Ct. No. ct04302
Reid & Riege, P.C.
One State Street
Hartford, Connecticut 06103
tel: (860) 278-1150
fax: (860) 240-1002

ORDERED
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk